## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

SEP **6** 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Criminal No.** 1:23cr54 TSK/MJA |
| **DAVID M. ANDERSON** | |
| **Defendant.** | **Violations:** 26 U.S.C. § 7206(1) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (False Tax Return)

On or about October 6, 2021, within the Northern District of West Virginia, the defendant **DAVID M. ANDERSON** willfully filed and caused to be filed with the Internal Revenue Service a false Form 1040 U.S. Individual Income Tax Return for tax year 2019, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant **DAVID M. ANDERSON** did not believe to be true and correct as to every material matter. That tax return reported taxable income on line 9 (total income) in the amount of $81,836.00 and reported amount of total tax on line 24 (total tax) in the amount of $30,980.00, when, in fact, as the defendant **DAVID M. ANDERSON** knew, his taxable income for the calendar year 2019 was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7206(1).

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Sarah E. Wagner
Assistant United States Attorney

3