IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Criminal No. 1:23CR54

DAVID ANDERSON,

        Defendants.

**PROTECTIVE ORDER**

        Based upon the motion of the government and for good cause shown, pursuant to Federal Rule of Criminal Procedure 16(d), the Court hereby ORDERS the following:

        1.        All of the materials provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case may be used by defendant and defendant's counsel solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

        2.        To protect third parties, as well as named defendant, all discovery materials containing personal identifying information of any individual (e.g., Social Security number and date of birth), banking records, tax records, any and all sensitive information including but not limited to: bank account information of alleged victims of the defendant, cell phone information, audio/video recordings, memoranda of interviews and debriefing interviews, shall remain in the sole possession of the defendant's counsel, and shall not be provided to the defendant or any other person, except as authorized below.

        3.        The defendant's counsel may review restricted discovery with the defendant, but counsel may not provide the defendant with copies of that discovery. The defendant likewise may not maintain possession of notes or records of any kind that include restricted discovery content.

        4.        Potential witnesses may be shown restricted discovery as necessary to prepare the

defense, but may not retain copies without prior permission of the Court and may not convey the content of restricted discovery to any other person.

5. Persons employed to assist in the defense may possess restricted discovery, but defense counsel must first provide such persons with a copy of this Order.

6. Upon conclusion of all stages of this case, all of the materials and all copies made thereof shall be destroyed or returned to the United States, unless otherwise ordered by the Court. The Court may require a certification as to the disposition of any such materials.

7. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision herein.

It is so ORDERED.

Dated: Sept. 22, 2023

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE