IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                Criminal Action No. 1:23CR54

DAVID M. ANDERSON,

    Defendant.

### *UNOPPOSED* MOTION TO SCHEDULE A RULE 11 HEARING FOR CONSIDERATION OF THE PARTIES' PLEA AGREEMENT

    The Defendant, David M. Anderson, by L. Richard Walker, First Assistant Federal Public Defender, and respectfully moves this Honorable Court to schedule a Rule 11 hearing.  The parties negotiated a plea agreement based upon Count Four of the Superseding Indictment.  Mr. Anderson executed that agreement on July 11, 2024.  Undersigned counsel returned a copy of the executed agreement to the USAO.  Mr. Anderson wishes to change his plea of not guilty to a plea of guilty pursuant to the plea agreement.  Mr. Anderson does not wish for a trial.  The Government has **no objection**.

    WHEREFORE, undersigned counsel asks this Court to schedule a Rule 11 hearing so the defendant can change his plea from guilty to not guilty.

                                                           Respectfully submitted,

                                                           **DAVID M. ANDERSON**

By:     s/ L. Richard Walker
          L. Richard Walker
          WV State Bar No. 9580
          Federal Public Defender Office
          230 West Pike Street; Suite 360
          Clarksburg, West Virginia 26301
          Tel: (304) 622-3823
          Fax: (304) 622-4631
          E-Mail: richard_walker@fd.org

**CERTIFICATION OF SERVICE**

I hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Sarah Wagner, AUSA**
**Office of the United States Attorney**
**320 West Pike Street, Suite 300**
**Clarksburg, West Virginia 26302**
**(304) 623-7030**

By:     s/ L. Richard Walker
L. Richard Walker
WV State Bar No. 9580
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel: (304) 622-3823
Fax: (304) 622-4631
E-Mail: richard_walker@fd.org