IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**FILED**
AUG 23 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

Plaintiff,

v.   Criminal Action No.: 1:23-CR-54
(JUDGE KLEEH)

DAVID M. ANDERSON,

Defendant.

## WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

I, David M. Anderson, being charged in Count One, Count Two, Count Three, and Count Four with False Tax Return, in violation of Title 26, United States Code, Section 7206(1), in the Northern District of West Virginia, and being advised of the nature of the charges in the Superseding Indictment and of my right to have my guilty plea taken by a United States District Judge, hereby waive my right and, instead, consent to have the United States Magistrate Judge hear my guilty plea.

_____   August 23, 2024
David M. Anderson             Date

_____   8-23-2024
Counsel for Defendant          Date

### Concurrence of the United States Attorney

The United States of America and William J. Ihlenfeld, II, United States Attorney for the Northern Judicial District of West Virginia, by Eleanor F. Hurney, Assistant United States Attorney, hereby consent and agree to have the Federal Magistrate Judge take the defendant's guilty plea in this case.

_____
Assistant United States Attorney