**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

**v.**                                          **Crim. Action No. 1:23-CR-54
(Judge Kleeh)**

**DAVID M. ANDERSON,**

   **Defendant.**

---

## ORDER DIRECTING DEFENDANT TO RESPOND [ECF NO. 46]

Pending with the Court is *The United States of America's Motion to Restrain Defendant from Dissipating or Encumbering Assets* [ECF No. 46]. The Court **DIRECTS** the Defendant to respond to the pending motion no later than **October 21, 2024.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** October 11, 2024

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA