# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                                                  **CRIMINAL ACTION NO. 1:23CR54 KLEEH**

**DAVID M. ANDERSON,**

       **Defendant.**

## ORDER RESTRAINING DEFENDANT, DAVID M. ANDERSON, ALONG WITH ANY AGENTS, REPRESENTATIVES, OR CO-OWNERS, FROM DISSIPATING OR ENCUMBERING ASSETS

On September 6, 2024, an Indictment was filed against Defendant, David M. Anderson, for filing a false tax return. In order to preserve assets that are potentially available to satisfy any criminal monetary penalty, including restitution, the United States of America, through counsel, moved this Court to restrain Defendant, along with any agents, representatives, or co-owners, and/or parties in possession from encumbering or dissipating assets. Defendant was directed to respond to the Motion by October 21, 2024 [ECF No. 47], but no response was filed.

Upon thorough consideration and for good cause shown, said motion is hereby **GRANTED**. It is accordingly

**ORDERED** that Defendant, David M. Anderson, along with any agents, representatives, or co-owners, and/or parties in possession are hereby restrained from encumbering, liquidating, selling, trading, transferring, or otherwise disposing of any assets except those which are necessary to pay for normal, customary, and reasonable living expenses unless Defendant obtains permission from the United States of America, through the United States Attorney's Office for the Northern District of West Virginia, or this Court orders otherwise. It is further

**ORDERED** that the United States of America shall serve a copy of this order on any institution, entity, or individual that the government has reason to believe may be in control or possession of any property in which Defendant, David M. Anderson, may have any financial interest. It is further

**ORDERED** that the Clerk of this Court is directed to provide this order to all counsel of record in this matter, as applicable.


DATED:   December 9, 2024


_Tom S Kleeh_

Chief Judge Thomas S. Kleeh,
Northern District of West Virginia