UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    V.        **CRIMINAL ACTION NO.: 1:23CR17**
                  **(Judge Kleeh)**

**DAVID M. ANDERSON,**

    **Defendant.**

## MOTION TO CONTINUE SENTENCING HEARING

Comes now, the defendant, David M. Anderson, through counsel, L. Richard Walker, Assistant Federal Public Defender, and respectfully moves this Honorable Court to continue the sentencing hearing on January 9, 2025, at 10:00 a.m. The defendant has been released on bond and has been compliant with the terms and conditions of his release. Undersigned counsel has been diligent, but has been in trial this week in *United States v. Frank L. Morrison*, 5:20CR19, when he intended to finalize work on this case. Accordingly, more time is needed to conduct an investigation relative to mitigation and to prepare a sentencing memorandum that appropriately sets for the information relevant at sentencing. AUSA Eleanor Hurney advised that the government has **no objection** to this motion. The parties propose the following dates: February 17-28, 2025.

WHEREFORE, the Defendant respectfully requests that the Court continue the sentencing hearing scheduled for January 9, 2025.

Respectfully submitted,

**DAVID M. ANDERSON**
By Counsel

By:  s/ L. Richard Walker
L. Richard Walker
WV State Bar No. 9580
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel: (304) 622-3823
Fax: (304) 622-4631
E-Mail: richard_walker@fd.org

## CERTIFICATION OF SERVICE

I certify that on December 20, 2024, I have filed the foregoing with the Clerk's office using the electronic filing system which should automatically send an electronic copy to opposing counsel listed below:

**Eleanor Hurney, AUSA**
**U.S. Attorney's Office – Martinsburg, WV.**

By: s/ L. Richard Walker
L. Richard Walker
WV State Bar No. 9580
Attorney for Defendant
Federal Public Defender Office
230 West Pike Street; Suite 360
Clarksburg, West Virginia 26301
Tel: (304) 622-3823
Fax: (304) 622-4631
E-Mail: richard_walker@fd.org