PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

## Report on Offender Under Supervision

Name of Offender: David M. Anderson Case Number: 1:23CR54

Name of Sentencing Judicial Officer: Honorable Thomas S. Kleeh, Chief U.S. District Judge

Date of Original Sentence: February 24, 2025

Original Offense: False Tax Return

Original Sentence: 6 months imprisonment, 1 year supervised release, $100.00 S.A.F., & $93,699.00 restitution

Type of Supervision: Supervised Release Date Supervision Commenced: September 16, 2025

---

**NON-COMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1. | Special Condition: If the judgement imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgement. You must also notify the court of any changes in economic circumstances, positive or negative, that might affect the ability to pay this financial penalty. |

The Judgment and Commitment Order, dated February 24, 2025, ordered the defendant to pay $93,699.00 in criminal monetary penalties, to be paid in monthly installments of $100.00, to commence ninety days after release from imprisonment.

An outstanding balance remains, and the defendant's term of supervision expires on September 15, 2026.

**U. S. Probation Officer Action/Recommendation:**

The defendant is set up with the Treasury Offset Program (TOP) and a payment of approximately $309.46 is received monthly toward his obligation. Thus far, he has paid a total amount of $53,768.17 towards his restitution. The defendant's balance of $39,930.83 will remain a civil obligation after he completes his term of supervised release. There have been no violations for the duration of the defendant's term of supervised release. It is recommended that the defendant's supervision be allowed to expire on September 15, 2026.

The term of supervision should be:

[X] No action at this time.



Respectfully submitted,

By: ______________________

Jill C. Henline
U. S. Probation Officer
Date: August 18, 2026

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[ ] No Response
[✓] Concur with U. S. Probation Officer's Recommendation

______________________
Signature of Judicial Officer

8/19/26
Date